# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| REBECCA ANN DOUBERLY-GORMAN as Surviving Spouse of ROBERT GREGORY GORMAN, deceased, and as Administrator of the Estate of ROBERT GREGORY GORMAN, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> QFS TRANSPORTATION, LLC, ADONAI FAMILY ENTERPRISES, LLC, JOSE RODRIGUEZ TELLADO, AMTRUST NORTH AMERICA, INC., ATLANTIC SPECIALTY INSURANCE COMPANY and WESCO INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION NO.: **4:21-cv-142** |

## PETITION FOR REMOVAL

COME NOW QFS TRANSPORTATION, LLC ("QFS"), AMTRUST NORTH AMERICA, INC. ("Amtrust"), and WESCO INSURANCE COMPANY ("Wesco"), Petitioners and Defendants, who petition the Court as follows:

1.

Plaintiffs filed their civil action for negligence and/or direct action against the Petitioners in the State Court of Chatham County, State of Georgia, Civil Action No. STCV21-00602, in which they seek to recover in excess of $75,000 excluding interest and costs (the "Action"). Copies of the pleadings filed in that action are attached as follows:

    Exhibit A - Summons and Complaint

    Exhibit B – Plaintiffs' Discovery to Defendant Wesco

    Exhibit C – Plaintiffs' Discovery to Defendant Amtrust

    Exhibit D – Plaintiffs' Discovery to Defendant QFS

    Exhibit E – Plaintiffs' Discovery to Defendant Jose Tellado

    Exhibit F – Plaintiffs' Discovery to Defendant Adonai Family Enterprises, LLC ("Adonais")

    Exhibit G – Plaintiffs' Discovery to Defendant Atlantic Specialty Insurance Company ("Atlantic")

    Exhibit H – Defendants' Discovery to Plaintiff;

    Exhibit I – Defendant Wesco's Answer

    Exhibit J – Defendant Amtrust's Answer

Exhibit K – Defendant QFS's Answer

Exhibit L – Defendant Jose Tellado's Answer

Exhibit M – Defendant Adonai's Answer

Exhibit N – Defendant's Discovery to Plaintiffs

Exhibit O – Proofs of Service on Wesco, Amtrust and QFS

Exhibit P – Defendants' Jury Demand

Exhibit Q – Stipulation for Atlantic's Extension of Time to Answer

Exhibit R – Notice of Appearance of Craig White

Exhibit S – Defendants' Motion to File Amended Answer in order to Withdraw Admissions

Exhibit T – Defendants' Notice of Removal

2.

At the time the Action was filed and now as it is removed, Plaintiff, in each capacity, was a citizen of the State of Georgia living in Richmond Hill, Bryan County, Georgia. *See Complaint,* at ¶ 2.

3.

At the time the Action was filed and now as it is removed, QFS was a limited liability company formed and organized under the laws of the State of

Nevada with its principal place of business and central nerve center located at 1224 Belleview Drive, Greendale, Dearborn County, Indiana.  It maintains a satellite office in Chatham County, Georgia.  QFS has two members:  (1) Kevin Bernhardt, who resides in Montgomery, Hamilton County, Ohio and is a citizen of the State of Ohio and (2) Todd Hammerstrom, who resides in Dearborn County, Indiana and is a citizen of the State of Indiana.  QFS is not a Georgia corporation or company as set forth in its Answer.  *See* Defendant QFS's Motion for Withdrawal of erroneously filed admissions in this action.

4.

At the time the action was filed and now as it is removed, Adonais, a for-profit limited liability company formed and organized under the laws of the State of Florida with its principal place of business at 838 Mendoza Drive, Kissimmee, Osceola County, Florida and was a citizen of the State of Florida.  It has two members, Emma Rivera and Defendant Jose Tellado, both of whom live at the same address and are citizens of the State of Florida.

5.

At the time the Action was filed and now as it is removed, defendant Wesco, a business corporation organized under the laws of the State of Delaware with its

principal place of business (i.e., its nerve center) at 59 Maiden Lane, 43rd Floor, New York, New York 10038, was a citizen of the State of New York.

6.

At the time the Action was filed and now as it is removed, defendant Amtrust, a business corporation organized under the laws of the State of Delaware with its principal place of business (i.e., its nerve center) at 59 Maiden Lane, New York 10038, was a citizen of the State of New York.

7.

At the time the Action was filed and now as it is removed, defendant Atlantic, a business corporation organized under the laws of the State of New York and its principal place of business (i.e., its nerve center) at 605 Hwy 169 North, Ste 800, Plymouth, Hennepin County, Minnesota, was a citizen of the State of Minnesota.

8.

The wreck involving three vehicles and the alleged negligence which give rise to Plaintiffs' claims occurred on I-95 North in Bryan County, Georgia, which falls within the Southern District of Georgia as defined in 28 U.S.C. § 90(c)(3), in

5

this Court's Savannah Division.  Venue is proper in this Court under 28 U.S.C. § 1391(b)(2).

9.

Now, within thirty (30) days after service of the Summons and Complaint upon them, Defendants QFS, Amtrust and Wesco file this Petition for Removal of the Action to this Court.

10.

The Action is removable by reason of diversity of citizenship, there being more than $75,000 in controversy, exclusive of interest and costs as required by 28 U.S.C. § 1332 (**this is a wrongful death action**), and because the plaintiffs, citizens of the State of Georgia, are both citizens of a different state from all defendants. *See Complaint.*

11.

Co-Defendants Tellado, Adonais, and Atlantic consent to this Removal per 28 USCA § 1446(B)(2)(a)

*Wherefore,* Defendants' Petition for Removal should be granted, and the Action removed to this Court.

>   */s/ William Allred*
>   William Allred
>   Ga. Bar No. 000320
>   Elizabeth G. Howard
>   Ga. Bar No. 100118
>   Attorneys for Petitioners

**Barrickman, Allred & Young, LLC**
5775 Glenridge Dr., NE, Suite E-100
Atlanta, GA  30328
(404) 790-0123

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing **DEFENDANTS' PETITION FOR REMOVAL** with the Court's CM/ECF system, as prescribed by the Court to the following:

> James N. Osteen, Jr., Esq.
> Osteen Law Group, LLC
> 101 Fraser Street
> Hinesville, GA  31313
> jordan@osteenlaw.com
> *Attorney for Plaintiff*
>
> Craig R. White, Esq.
> Skedsvold & White, LLC
> 6000 Lake Forrest Drive, NW, Ste 560
> Atlanta, GA  30328
> cwhite@sandw-law.com
> *Attorney for Defendant Atlantic Specialty Insurance Company*
>
> William Allred
> Barrickman, Allred & Young, LLC
> 5775 Glenridge Dr, NE, Ste E-100
> Atlanta, GA  30328
> 404-490-0123
> wsa@bayatl.com
> *Attorneys for Defendants QFS Transportation, LLC, Wesco Insurance Company, Jose Tellado, Adonai Family Enterprises, LLC, AmTrust North America, Inc.*

This 7th day of May, 2021.

                                                                    */s/William Allred*
                                                                    William Allred, # 000320
                                                                    Elizabeth G. Howard, #100118
                                                                    Counsel for Petitioners

**BARRICKMAN, ALLRED & YOUNG, LLC**
5775 Glenridge Dr, NE, Ste E-100
Atlanta, GA   30328
404-790-0123
wsa@bayatl.com