IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| REBECCA ANN DOUBERLY-GORMAN as Surviving Spouse of ROBERT GREGORY GORMAN, deceased, and as Administrator of the Estate of ROBERT GREGORY GORMAN, deceased,<br><br>Plaintiff,<br><br>v.<br><br>QFS TRANSPORTATION, LLC; ADONAI FAMILY ENTERPRISES, LLC ; JOSE RODRIGUEZ TELLADO ; and WESCO INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION NO.: 4:21-cv-142 |

**O R D E R**

Before the Court is a Stipulation of Dismissal, signed and filed by counsel for Plaintiff and counsel for all Defendants on June 23, 2022, wherein the parties indicate they have settled this action with no admissions of liability and that they stipulate to the dismissal, with prejudice, of this action, with each party to bear its own costs.  (Doc. 41.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 11th day of October, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA